# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEBRA PICKETT,** | : | |
| Petitioner | : | CIVIL ACTION NO. 3:20-00237 |
| v. | : | (JUDGE MANNION) |
| **TARGET CORPORATION AND TARGET,** | : | |
| | : | |
| Defendant | | |

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT** Defendant's motion for summary judgment (Doc. 17) is **GRANTED**. The Plaintiff's complaint (Doc. 1-2) is **DISMISSED**.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

Dated: November 5, 2021
20-00237-01